IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| FLOYD DELOACH, JR., : | |
| : | |
| Plaintiff, : | |
| : | |
| VS. : | CIVIL ACTION FILE NO. |
| : | **7 : 07-CV-15 (HL)** |
| Nurse SHIRLEY LEWIS, and : | |
| Captain PEETE, : | |
| : | |
| Defendants. : | |

**RECOMMENDATION**

Presently pending in this *pro se* prisoner § 1983 action is plaintiff's motion to amend the complaint. (Doc. 8 ).

In this motion, plaintiff seeks to add three new parties as defendants in the above action; Officer Gaskins, Sgt. Hess, and Officer Davis. However, although a plaintiff can amend once as a matter of right prior to the filing of an answer or dispositive motion in accordance with rule 15, of the Federal Rules of Civil Procedure, the plaintiff herein has not made sufficient allegations against these parties in order for them to be joined at this time. Plaintiff merely names them, and does not detail any allegations against them.

Therefore, it is the RECOMMENDATION of the undersigned that plaintiff's motion be **DENIED** without prejudice, and that he may file another motion to amend these parties that provides sufficient information that they are placed on notice of the allegations against them. Any new motion should specify the exact actions or inactions of these parties and how those actions or inactions violated plaintiff's constitutional rights.

**SO RECOMMENDED**, this 31st day of July, 2007.

                                                      //S Richard L. Hodge
                                                     RICHARD L. HODGE
                                                     UNITED STATES MAGISTRATE JUDGE

msd