# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **FLOYD DELOACH,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:07-cv-15(HL) |
| **Nurse SHIRLEY LEWIS and Captain D. PEETE,** | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Richard Hodge, entered May 9, 2008 (Doc. 21), in which the Magistrate Judge recommends that the Motions to Dismiss of Defendants Shirley Lewis and Captain D. Peete (Docs. 17 and 19) be granted. Plaintiff, Floyd Deloach, has filed a document in which he expresses his objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). After giving de novo consideration to those portions of the Recommendation to which objection is made, the Court rejects the Recommendation for the reasons set forth below.

In 2006 and 2007 Deloach filed ten lawsuits in this District, all of which have been closed with the exception of this one and one other.[1] Of those cases, five were dismissed within the last month as a result of Deloach's failure to prosecute them. In each case, the

---

[1] The other case that remains pending is Deloach v. Paulk, Case No. 7:06-cv-44 (filed July 13, 2006). In that case, all parties have been terminated with exception of one party which has never been served.

recommendation to dismiss was accepted by this Court without objection by Deloach.[2] Unlike in his other cases, however, in this case Deloach has filed a document in which he objects to the dismissal of his case (Doc. 22). In addition, Deloach has filed several other documents, including a motion for summary judgment (Doc. 23), and a request to have his case placed on the trial calendar (Doc. 26).

Although Deloach's documents make clear that he opposes dismissal of his case, in none of the documents does he attempt to explain his failure to act on his case in over a year. Thus, the Magistrate Judge's finding that Deloach has failed to diligently prosecute his case is not erroneous. However, it also appears from Deloach's filings that he wishes to go forward with this case, even though he may not fully appreciate the responsibilities that are inherent to a lawsuit.

The dismissal of a lawsuit for failure to prosecute, while appropriate under some circumstances, is nevertheless a harsh remedy. Here, although Deloach has been lax in the prosecution of his case, he clearly wishes to pursue this one. Under these circumstances, the Court finds it appropriate to allow Deloach another opportunity to prosecute his case. Accordingly, the Court rejects the Recommendation of the Magistrate Judge, and denies the Motions to Dismiss (Docs. 17 and 19) of Defendants. This matter is recommitted to the Magistrate Judge for such proceedings as may be appropriate, including the imposition of new deadlines and some direction to Deloach as to what obligations he has to move this case

---

[2] The five cases are as follows: Deloach v. Woods, Case No. 7:07-cv-28 (filed Apr. 5, 2007); Deloach v. Elkins, Case No. 7:07-cv-19 (filed Mar. 1, 2007); Deloach v. Elkins, Case No. 7:07-cv-7 (filed Jan. 7, 2007); Deloach v. Elkins, Case No. 7:07-cv-1 (filed Jan. 17, 2007); and Deloach v. Crews, 7:06-cv-123 (filed Jan. 11, 2007).

forward.

      **SO ORDERED**, this the 23rd day of June, 2008.

                                          *s/   Hugh Lawson*
                                          **HUGH LAWSON, JUDGE**

mls