# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**FLOYD DELOACH,** :
:
    Plaintiff, :
:
v. :     Civil Action No. 7:07-cv-15(HL)
:
**Captain D. PEETE,** :
:
    Defendant. :
_____

# ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Richard Hodge, entered July 27, 2009 (Doc. 46), in which the Magistrate Judge recommends that the Motion for Summary Judgment of Defendant Peete (Doc. 42) be granted. Plaintiff has not filed any objection to the Recommendation. In the absence of a timely objection, a district court need only consider the Recommendation for clear error. After review of the record, the Court finds no clear error. Accordingly, the Recommendation is accepted and Defendant Peete's Motion is granted as more fully set forth in the Recommendation.

**SO ORDERED**, this the 24th day of August, 2009.

                                        *s/ Hugh Lawson*
                                        **HUGH LAWSON, SENIOR JUDGE**

mbh